| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

MARIO VILLARREAL and  
PATRICIA VILLARREAL, §  
 §  
Plaintiffs, §  
 §  
*versus* § CIVIL ACTION NO. 1:06-CV-757  
 §  
ALLSTATE INSURANCE COMPANY, §  
 §  
Defendant. §

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on November 30, 2006. The court has received and considered the report of the United States magistrate judge, who recommends that the court enter judgment pursuant to settlement.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 6th day of March, 2007.

_____  
MARCIA A. CRONE  
UNITED STATES DISTRICT JUDGE